# Short Form Discovery Motion Procedure

If a discovery dispute arises in this case, the parties must follow this procedure, in the sequence listed.

(1)     The parties must make reasonable efforts to resolve the dispute without court assistance. At a minimum, those efforts must include a prompt written communication sent to the opposing party:

      (a)  identifying the discovery disclosure/request(s) at issue, the response(s) thereto, and specifying why those responses/objections are inadequate, and

      (b) requesting to meet and confer, either in person or by telephone, with alternative dates and times to do so.

(2)     If the parties cannot resolve the dispute and they wish to have the court assist in resolving the matter, the parties (either individually or jointly) must file a Short Form Discovery Motion, which should not exceed 500 words exclusive of caption and signature block.

(3)     The Short Form Discovery Motion must include a certification that the parties made reasonable efforts to reach agreement on the disputed matters and recite the date, time, and place of such consultation and the names of all participating parties or attorneys.  The filing party should include a copy of the offending discovery request/response (if it exists) as an exhibit to the Short Form Motion.  Each party should also e-mail chambers a proposed order setting forth the relief requested in a word processing format.

(4)     The parties must request expedited treatment as additional relief for the motion in CM/ECF to facilitate resolution of the dispute as soon as practicable.  (After clicking the primary event, click Expedite.)

(5)    To resolve the dispute the court may

     (a)   decide the issue on the basis of the Short Form Discovery Motion consistent with DUCivR 7-1(f);

     (b)   set a hearing, telephonic or otherwise, upon receipt of the Motion without waiting for any Opposition; and/or

     (c)   request further briefing and set a briefing schedule.

(6)    If the court sets a hearing prior to receipt of any opposition, the opposing party must file its response no later than 4:00 p.m. the day before the hearing if it wishes the Court to consider it, unless otherwise ordered.

(7)    If disputes arise during a deposition that can most efficiently be resolved by contacting the Court by phone, the parties shall call the assigned judge and not wait to file a Short Form Discovery Motion.