IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

_____

|  |  |  |
|---|---|---|
| Loebach et al | : : : : : : : : : | NOTICE AFFIRMING PRIOR ORDER OF REFERENCE |
| v. |  |  |
| Diamond Ranch Academy |  | Civil No. 2:16-cv-00252 TS |

_____

The above-entitled matter has been reassigned to the undersigned judge. After review of the case file, orders of the prior judge are affirmed including the order of reference to Magistrate Judge Warner.

Dated:   October 18, 2016

BY THE COURT

_____
Ted Stewart
United States District Judge