Gregory J. Sanders, USB No. 2858
Sarah C. Vaughn, USB No. 14615
KIPP AND CHRISTIAN, P.C.
Attorneys for Defendant
10 Exchange Place, 4th Floor
Salt Lake City, Utah   84111
Telephone:   (801) 521-3773
gjsanders@kippandchristian.com
svaughn@kippandchristian.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN ANTHONY LOEBACH and VALERIE B. LOEBACH, AND HEIRS OF M.L., a minor, deceased, | Civil No. 2:16-CV-00252 TS-PMW |
| Plaintiff, | |
| v. | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| DIAMOND RANCH ACADEMY, a corporation, | Magistrate Judge Paul Warner |
| Defendant. | |

Notice is hereby given pursuant to Rule 68(a) the plaintiffs in this action have served written notice accepting the offer of judgment of the defendant dated March 13, 2017. A copy of the written acceptance is attached.

The Clerk of the Court is respectfully requested to enter judgment according to the terms of the offer of judgment.

**DATED** this 6th day of April, 2017,

                        KIPP AND CHRISTIAN, P.C.

                        _____
                        GREGORY J. SANDERS
                        SARAH C. VAUGHN
                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of April, 2017, a true and correct copy of the foregoing **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** was e-filed and sent to the following:

>David R. Olsen
>Timothy M. Simmons
>Charles T. Conrad
>DEWSNUP, KING, & OLSEN
>36 South State Street, Suite 2400
>Salt Lake City, Utah 84111--0024

*/s/ Cheryl Browning*

**Greg Sanders**

| | |
|---|---|
| **From:** | Chuck Conrad <cconrad@dkolaw.com> |
| **Sent:** | Wednesday, April 05, 2017 3:10 PM |
| **To:** | Greg Sanders; David Olsen |
| **Cc:** | Elise Radack |
| **Subject:** | RE: Loebach v. Diamond Ranch |

Greg,

Pursuant to our conversation, the Loebach's accept your client's offer of judgment.

Thank you,

Chuck Conrad



DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN

Charles T. Conrad
36 S. State St., Suite 2400
Salt Lake City, UT 84111-0024
Phone: (801) 533-0400
Fax: (801) 363-4218
E-mail: cconrad@dkolaw.com

This e-mail message is intended only for the named recipient(s), and contains information that may be confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, please note that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.

If you have received this message in error, please notify me immediately at 801-533-0400, and delete the message.
Thank you.