David R. Olsen, #2458
Paul M. Simmons, #4668
Charles T. Conrad, #12726
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, Utah 84111-0024
Telephone: (801) 533-0400
Facsimile: (801) 363-4218

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN ANTHONY LOEBACH and VALERIE B. LOEBACH, individually and as the natural parents and heirs of M.L., a minor, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RANCH ACADEMY, a corporation,<br><br>Defendant. | **JUDGMENT**<br><br>Civil No. 2:16-cv-00252 TS-PMW<br><br>Judge Ted Stewart<br>Magistrate Judge Paul M. Warner |

Pursuant to the Offer of Judgment filed by the Defendant herein on or about March 13, 2017, the Plaintiffs' acceptance of the same, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs are awarded Judgement as follows:

1. In favor of Plaintiffs and against Defendant in the amount of $750,000.00 for damages as a result of the September, 2013 death of the minor child M.L.

2. This judgment is the total amount awarded in this matter, and may not be augmented for costs or attorney's fees.

3. This judgment may be augmented for post-judgment interest at the statutory rate from the date entered below.

DATED this 17th day of April, 2017

D. MARK JONES, CLERK OF COURT

By: *[signature]*
Anne W. Morgan, Chief Deputy Clerk

APPROVED AS TO FORM:

/s/ Charles T. Conrad
David R. Olsen
Paul M. Simmons
Charles T. Conrad
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
*Attorneys for Plaintiffs*

/s/ Gregory J. Sanders (Signed with permission)
Gregory J. Sanders
Sarah C. Vaughn
KIPP AND CHRISTIAN, P.C.
*Attorneys for Defendant*