David R. Olsen, #2458
Paul M. Simmons, #4668
Charles T. Conrad, #12726
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, Utah 84111-0024
Telephone: (801) 533-0400
Facsimile: (801) 363-4218

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN ANTHONY LOEBACH and VALERIE B. LOEBACH, individually and as the natural parents and heirs of M.L., a minor, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RANCH ACADEMY, a corporation,<br><br>Defendant. | **SATISFACTION OF JUDGMENT**<br><br>Civil No. 2:16-cv-00252<br><br>Magistrate Judge Paul M. Warner |

For valuable consideration, receipt of which is hereby acknowledged, paid by the Defendant to the Plaintiff(s) in the above-entitled action, full satisfaction is acknowledged of the

Judgment entered in this action.  I authorize the Clerk of the Court to satisfy the Judgment.

DATED this 24th day of April, 2017

                                                    DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN

                                                    /s/ Charles T. Conrad
                                           By: Charles T. Conrad
                                            *Attorneys for Plaintiffs*